IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAHMAES ZAIRE DATES,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **JUSTIN WINTERS et al.,**<br>Defendants. | NO.  21-0037 |

## O R D E R

**AND NOW**, this 19th day of April, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 29), Plaintiff's Response in Opposition (ECF No. 33), and Defendant's Reply (ECF No. 34), **IT IS ORDERED THAT** Defendant's Motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Defendant Justin Winters.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**